Civil Action No. 16-cv-2532

Feyonce Inc, Andre Maurice, Leana Lopez
1210 N Hunt Ln  # 20202
San Antonio, TX 78251
210-800-5638

May 4, 2016

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Attn: Pro Se Front Office

I am contacting you in regards to Civil Action No. 16-CV-2532. I have contacted United States District Court Southern District of New York via Phone on May 2, 2016 I was instructed to send a letter to Pro Se Front Office to inform the court that I will need an extension to answer in this case. Our Attorney Nick Guinn, Gunn Lee & Cave has chosen to not represent us in this matter. I will need time to retain new council to represent us on behalf of this case.

You can contact me directly at 210-800-5638 or email me at feyonceinc@yahoo.com


Sincerely yours,


Andre Maurice


Leana Lopez

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013. All rights reserved.

# USPS Click-N-Ship®

**UNITED STATES POSTAL SERVICE®**

usps.com  
$8.80  
US POSTAGE  
Flat Rate Env  
Signature Confirmation

9407 8036 9930 0024 8070 72 0088 0000 0071 0007

05/04/2016    Mailed from 78251    062S0000001301

## PRIORITY MAIL 2-DAY™

FEYONCE INC  
1210 HUNT LN APT 20202  
SAN ANTONIO TX 78251-4667

Expected Delivery Date: 05/06/16

**0004**

**C014**

**SIGNATURE REQUIRED**

SHIP TO:  
ATTN PRO SE FRONT OFFICE  
UNITED STATES DISTRICT COURT  
500 PEARL ST  
**NEW YORK NY 10007-1316**

### USPS SIGNATURE TRACKING #

9407 8036 9930 0024 8070 72

Electronic Rate Approved #038555749



ATTN: Pro Se Front Office



EP14F July 2013  
OD: 12.5 x 9.5

0000 1000 0014