United States District Court
Souther District of New York

| | |
|---|---|
| BEYONCÈ GISELLE KNOWLES-CARTER and BGK TRADEMARK HOLDINGS, LLC,<br><br>              *Plaintiffs,*<br><br>-against-<br><br>ANDRE MAURICE, LEANA LOPEZ, AND FEYONCE INC.,<br><br>              *Defendants.* | CIVIL ACTION NO. 16-CV-2532 |

**Affidavit of Andre Maurice**

My name is Andre Maurice. I am a defendant in Civil Action No. 16-CV-2532. I currently reside at 1210 N Hunt Lane # 20202 San Antonio, TX 78251.

On July 29, 2016 I received an email from the Plaintiffs Attorney Ryan S. Klarberg with a Motion to Default Judgement against Feyonce Inc. July 29, 2016 was also the first time learning that my corporation was served. I did not receive no notice from the State of Texas.

Feyonce Inc. Has proper counsel and would like to continue to a fair trial. We have took advise by retaining counsel. Contact information for Attorney of Defendants Andre Maurice, Leana Lopez and Feyonce Inc. is as follows:

              **Vethan Law Firm P.C.**
              8700 Crownhill Blvd. Ste 302
              San Antonio, TX 78209

I declare that, to the best of my knowledge and belief, the information here is true, correct and complete.

                                                                              Andre Maurice

RECEIVED SDNY PRO SE OFFICE 2016 AUG -8 AM 11: 47 S.D. OF N.Y.

United States District Court
Souther District of New York

| | |
|---|---|
| BEYONCÈ GISELLE KNOWLES-CARTER and BGK TRADEMARK HOLDINGS, LLC,<br><br>*Plaintiffs,*<br><br>-against-<br><br>ANDRE MAURICE, LEANA LOPEZ, AND FEYONCE INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 16-CV-2532 |

### Affidavit of Leana Lopez

My name is Leana Lopez. I am a defendant in Civil Action No. 16-CV-2532. I currently reside at 1210 N Hunt Lane # 20202 San Antonio, TX 78251.

On July 29, 2016 I received an email from the Plaintiffs Attorney Ryan S. Klarberg with a Motion to Default Judgement against Feyonce Inc. July 29, 2016 was also the first time learning that my corporation was served. I did not receive no notice from the State of Texas.

Feyonce Inc. Has proper counsel and would like to continue to a fair trial. We have took advise by retaining counsel. Contact information for Attorney of Defendants Andre Maurice, Leana Lopez and Feyonce Inc. is as follows:

**Vethan Law Firm P.C.**
8700 Crownhill Blvd. Ste 302
San Antonio, TX 78209

I declare that, to the best of my knowledge and belief, the information here is true, correct and complete.

_____
Leana Lopez

United States District Court
Souther District of New York

| | |
|---|---|
| BEYONCÈ GISELLE KNOWLES-CARTER and BGK TRADEMARK HOLDINGS, LLC, <br><br> *Plaintiffs,* <br><br> -against- <br><br> ANDRE MAURICE, LEANA LOPEZ, AND FEYONCE INC., <br><br> *Defendants.* | CIVIL ACTION NO. 16-CV-2532 |

### Affidavit of Leana Lopez in Support of Feyonce Inc.

My name is Leana Lopez. I am a defendant in Civil Action No. 16-CV-2532. I am the authorize representative for Feyonce Inc. I currently reside at 1210 N Hunt Lane # 20202 San Antonio, TX 78251.

On July 29, 2016 I received an email from the Plaintiffs Attorney Ryan S. Klarberg with a Motion to Default Judgement against Feyonce Inc. July 29, 2016 was also the first time learning that my corporation was served. I did not receive no notice from the State of Texas.

Feyonce Inc. Has proper counsel and would like to continue to a fair trial. We have took advise by retaining counsel. Contact information for Attorney of Defendants Andre Maurice, Leana Lopez and Feyonce Inc. is as follows:

**Vethan Law Firm P.C.**
8700 Crownhill Blvd. Ste 302
San Antonio, TX 78209

I declare that, to the best of my knowledge and belief, the information here is true, correct and complete.

_____
Leana Lopez

**PRIORITY MAIL EXPRESS**™

OUR FASTEST SERVICE IN THE U.S

PS 10001000006

EP13F July 2013  OD: 12.5 x 9.5

EMS

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

USM5w SDNY

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

**E**
US POSTAGE AND FEES PAID
PM EXPRESS
Aug 04 2016
Mailed from ZIP 78251
PME Flat Rate Env
CommercialBasePrice
endicia.com
071M01106651

**PRIORITY MAIL EXPRESS 1-DAY**

Online Shopping
1210 N Hunt Ln
20202
San Antonio TX 78251

C014   0007

NO SUNDAY OR HOLIDAY DELIVERY
WAIVER OF SIGNATURE REQUESTED

SHIP TO:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ROOM 200
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING #

9470 1102 0088 3151 6612 05